DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

THOMAS HOWARDLUIS SEYMORE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2120

_____

June 5, 2024

Appeal from the County Court for Hillsborough County; Jack N. Gutman, Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.